STATE OF NEW JERSEY v. JAMES L. FAULK.

December 20, 1983.

Petition for certification denied.

MICHAEL MARTIN v. SUNNYFIELD TAVERN, INC.

December 20, 1983.

Petition for certification denied.

APRIL HAWKINS v. EUGENE URBAN.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CONOVER.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM J. BOGART.

December 20, 1983.

Petition for certification denied.